1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jeffrey H. Ochrach (SBN: 131027)
OCHRACH LAW GROUP
5701 Lonetree Blvd., Ste. 213
Rocklin, California 95765
Telephone:    916-626-6880
Facsimile:     916-626-3331
Email: JeffOchrach@ochrach.com

Attorney for Plaintiff ADVANCED ENERGY SOLUTIONS, LLC

K. Greg Peterson, Esq. (SBN: 118287)
LAW OFFICES OF K. GREG PETERSON
P.O. Box 254451
Sacramento, California 95865
Telephone:    (916) 443-3010
Facsimile:     (916) 492-2680
Email: greg@kgregpeterson.com

Attorney for Defendants SEA-PACIFIC, INC. and VICTOR MA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED ENERGY SOLUTIONS, LLC, | ) Case No.: 2:13-CV-00516-GEB-DAD |
| | ) |
|       Plaintiff, | ) STIPULATION AND ORDER TO |
| | ) ELECT REFERRAL OF ACTION TO |
| v. | ) VOLUNTARY DISPUTE |
| | ) RESOLUTION PROGRAM (VDRP) |
| SEA-PACIFIC, INC., and VICTOR MA, | ) PURSUANT TO LOCAL RULE 271 |
| | ) |
|       Defendants. | ) |
| | ) |
| _____ | ) |

      Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled matter to the Voluntary Dispute Resolution Program.

      The parties agree that this action be submitted to the VDRP process and completed within 45 days, by which date the Neutral must file confirmation of that completion.  The parties agree to a stay on any discovery for 45 days, with the exception

-1-

STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY
DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271



of their agreement to informally exchange documents included within the scope of their Rule 26 disclosures.  No other discovery or pretrial motions are necessary to be completed before the VDRP process is commenced.

SO AGREED.

Dated: May 20, 2013                    OCHRACH LAW GROUP

By:  _____/s/ Jeffrey H. Ochrach, Esq._____
       Jeffrey H. Ochrach, Esq., attorney for
Plaintiff ADVANCED ENERGY SOLUTIONS, LLC

Dated: May 20, 2013                    LAW OFFICES OF K. GREG PETERSON

By:  _____/s/ K. Greg Peterson, Esq._____
       K. Greg Peterson, Esq., attorney for
Defendants SEA-PACIFIC, INC. and VICTOR MA

IT IS SO ORDERED:
**Date:  5/20/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY
DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271


KGP
K.GREG PETERSON
LAW OFFICES