IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADVANCED ENERGY SOLUTIONS, LLC, )
) 2:13-cv-00516-GEB-DAD
       Plaintiff, )
)
  v. ) ORDER RE: SETTLEMENT AND
) <u>DISPOSITION</u>
SEA-PACIFIC, INC.; and VICTOR )
MA, )
)
       Defendants. )
_____

       The parties filed a "Joint VDRP Completion Report" in which they state:

> As a result of the [August 16, 2013] VDRP session, the parties report as follows: The action was conditionally resolved in its entirety during the VDRP session. While the full terms of the settlement are confidential, the parties agree to report that the settlement consists of two (2) payments being made by Defendants. The first payment must be made by not later than Friday, August 30, 2013. If Plaintiff does not receive the first payment by this deadline, the parties' settlement agreement shall be void in its entirety. The Second and Final payment is due on or before December 14, 2013. Upon receipt of the Second payment, Plaintiff will dismiss the action in its entirety, with prejudice.

(Joint VDRP Completion Report 2:10-17, ECF No. 20.)

       In light of the parties' referenced settlement, no later than December 16, 2013, Plaintiff shall file a dispositional document or a sufficient explanation why a dispositional document was not filed. Failure to respond by this deadline may be construed as consent to

dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        IT IS SO ORDERED.

Dated: August 22, 2013

                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge