UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED ENERGY SOLUTIONS, LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>SEA-PACIFIC, INC.; and VICTOR MA,<br><br>         Defendant. | No.  2:13-cv-00516-GEB-DAD<br><br>**DISMISSAL ORDER** |

The parties filed a "Joint VDRP Completion Report" in which they stated:

> As a result of the [August 16, 2013] VDRP session, the parties report as follows: The action was conditionally resolved in its entirety during the VDRP session. While the full terms of the settlement are confidential, the parties agree to report that the settlement consists of two (2) payments being made by Defendants. The first payment must be made by not later than Friday, August 30, 2013. If Plaintiff does not receive the first payment by this deadline, the parties' settlement agreement shall be void in its entirety. The Second and Final payment is due on or before December 14, 2013. Upon receipt of the Second payment, Plaintiff will dismiss the action in its entirety, with prejudice.

(Joint VDRP Completion Report 2:10-17, ECF No. 20.)

Therefore, an "Order Re: Settlement and Disposition" was filed on August 23, 2013, which directed the parties to file a dispositional document no later than December 16, 2013. (Order,

1

ECF No. 21.) The August 23, 2013 Order notified the parties that the failure to timely respond to the Order could lead to dismissal of the action. Id.

Since no dispositional document has been filed, and the parties have not provided any reason for the continued pendency of this action, this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: December 16, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge

2